**U. S. DEPARTMENT OF EDUCATION**
**SAN FRANCISCO, CALIFORNIA**

**CERTIFICATE OF INDEBTEDNESS #1 of 1**

Manuel A. Jimenez
Aka: Manuel Jimenez,
Manuel A. Enez,
Emmanuelle Jimenez

Account No:

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 04/16/07.

On or about 09/05/00, the borrower executed promissory note(s) to secure loan(s) of $5,300.00, from the U.S. Department of Education at a variable interest rate to be established annually. The loan was made by the Department under the William D. Ford Federal Direct Loan Program under Title IV, Part D of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087a et. seq. (34 CFR Part 685). The Department demanded payment according to the terms of the note(s), and the borrower defaulted on the obligation on 02/08/05. Pursuant to 34 C.F.R. 685.202(b), a total of $0.00 in unpaid interest was capitalized and added to the principal balance.

The Department has credited a total of $2,151.36 in payments from all sources, including Treasury Department offsets, if any, to the balance. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal | $4,032.33 |
| Interest: | $736.87 |
| | |
| Total debt as of 04/16/07: | $4,769.20 |

Interest accrues on the principal shown here at the current rate of 7.94 percent and a daily rate of $0.88 through June 30, 2007 and thereafter at such rate as the Department establishes pursuant to section 455(b) of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087e.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 5/22/07

Name: ________________

Loan Analyst / Alberto Francisco
Litigation Support / Senior Loan Analyst